UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2014 JUN 23 PM 1:19

RACHEL WEXLER,

   Plaintiff,

-VS-

CASE NO.: 3:14-cv-725-J-39PDB

SAFETOUCH, INC., d/b/a SAFETOUCH,

   Defendant.

_____/

## COMPLAINT

1. Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 et seq. ("TCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 et seq. ("FCCPA").

## JURISDICTION AND VENUE

2. Jurisdiction and venue for purposes of this action are appropriate and conferred by 28 U.S.C. §§1331.

3. The alleged violations described in the Complaint occurred in Clay County, Florida.

## FACTUAL ALLEGATIONS

4. Plaintiff is a natural person, and citizen of the State of Florida, residing in Clay County, Florida.

5. Plaintiff is a "consumer" as defined in Florida Statute 559.55(2).

6. Plaintiff is an "alleged debtor."

7. Plaintiff is the "called party." See *Soppet v. Enhanced Recovery Co., LLC*, 679 F.3d 637, 643 (7th Cir. 2012), reh'g denied (May 25, 2012).

1

8. Defendant is a corporation and a citizen of the State of Florida with its principal place of business at 9600 Sunbeam Center Drive, Jacksonville, Florida 32257.

9. The debt that is the subject matter of this complaint is a "consumer debt" as defined by Florida Statute §559.55(1).

10. Plaintiff has been assigned the cellular telephone number (904) 333-3494 for the past four years.

11. Defendant called the Plaintiff's aforementioned cellular telephone number approximately 50 times since August of 2013 through the filing of this Complaint, in an attempt to collect a debt. [Please see attached **Exhibit A**, which represents a non-exclusive log of calls received by Plaintiff from Defendant].

12. Defendant intentionally harassed and abused Plaintiff on numerous occasions by contacting Plaintiff several times during one day, and on back to back days on her aforementioned cellular telephone number without Plaintiff's prior consent.

13. Upon information and belief, the telephone calls were placed by Defendant using automated telephone dialing equipment, without human intervention.

14. Each call the Defendant made to the Plaintiff was made using an "automatic telephone dialing system" which has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator; and to dial such numbers as specified by 47 U.S.C §227(a)(1).

15. Each call the Defendant made to the Plaintiff's aforementioned cellular telephone number was done so without the "express permission" of the Plaintiff.

16. Plaintiff does not now, nor has she ever, entered into a business relationship with Defendant.

17. In or about September of 2013, Plaintiff began receiving automated calls to her aforementioned cellular telephone number from the Defendant originating from, but not limited to, the following number: (904) 483-3278.

18. Plaintiff answered the Defendant's telephone calls on multiple occasions in attempt to speak with the Defendant and end the calls, but upon answering the calls, the Plaintiff heard only open air, or the call would be disconnected.

19. Defendant attempted to collect a debt from the Plaintiff by this campaign of telephone calls.

20. The Defendant has a corporate policy to use an automatic telephone dialing system or a pre-recorded or artificial voice, just as they did to the Plaintiff's cellular telephone in this case.

21. Defendant has a corporate policy to harass and abuse individuals in an attempt to solicit business despite the individual having never consented to calls to her cellular telephone using an automated telephone dialing system.

22. Defendant corporate policy and procedures provided no means for the Plaintiff to have her cellular number removed from the call list.

23. Defendant has a corporate policy to harass and abuse individuals despite actual knowledge that the called parties do not owe the alleged debt.

24. Plaintiff did not expressly consent to Defendant's placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

25. None of Defendant's, telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. §227(b)(1)(A).

26. Defendant, willfully and/or knowingly violated the TCPA with respect to the Plaintiff.

## COUNT I
### (Violation of the TCPA)

27. Plaintiff incorporates Paragraphs one through twenty-seven.

28. Defendant caused placement of non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

29. Defendant willfully and knowingly caused placement of non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant for statutory damages, punitive damages, actual damages, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

## COUNT II
### (Violation of the FCCPA)

30. Plaintiff incorporates Paragraphs one through twenty-seven.

31. At all times relevant to this action Defendant is subject to and must abide by the law of Florida, including Florida Statute § 559.72.

32. Defendant has violated Florida Statute §559.72(7) by willfully communicating with the debtor or any member of her or his family with such frequency as can reasonably be expected to harass the debtor or her or his family.

33. Defendant has violated Florida Statute §559.72(7) by willfully engaging in conduct which can reasonably be expected to abuse or harass the debtor or any member of her or his family.

34. Defendant has violated Florida Statute §559.72(9) by claiming, attempting or threatening to enforce a debt when such person knows that the debt is not legitimate.

35. Defendant's actions have directly and proximately resulted in Plaintiff's prior and continuous sustaining of damages as described by Florida Statute §559.77.

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

Respectfully submitted,

*/s/ Amanda J. Allen*
**Amanda J. Allen, Esquire**
Florida Bar #: 0098228
Morgan & Morgan, Tampa, P.A.
201 North Franklin Street
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
aallen@forthepeople.com
jestrada@forthepeople.com
*Attorney for Plaintiff*

# Phone Call Log for (904) 333-3494

|     | **Date**   | **Time**  | **Caller**       |
| --- | ---------- | --------- | ---------------- |
| 1.  | 11/05/2013 | 02:52 pm  | (904) 483-3278   |
| 2.  | 11/12/2013 | 11:00 am  | (904) 483-3278   |
| 3.  | 11/19/2013 | 06:02 pm  | (904) 483-3278   |
| 4.  | 11/25/2013 | 11:42 am  | (904) 483-3278   |
| 5.  | 11/25/2013 | 01:09 pm  | (904) 483-3278   |
| 6.  | 12/04/2013 | 01:29 pm  | (904) 483-3278   |
| 7.  | 12/04/2013 | 10:31 am  | (904) 483-3278   |
| 8.  | 12/16/2013 | 01:50 pm  | (904) 483-3278   |
| 9.  | 12/16/2013 | 03:45 pm  | (904) 483-3278   |
| 10. | 12/20/2013 | 10:31 am  | (904) 483-3278   |
| 11. | 12/23/2013 | 10:11 am  | (904) 483-3278   |
| 12. | 12/30/2013 | 12:19 pm  | (904) 483-3278   |
| 13. | 01/06/2014 | 12:28 pm  | (904) 483-3278   |
| 14. | 01/08/2014 | 02:04 pm  | (904) 483-3278   |
| 15. | 01/13/2014 | 05:26 pm  | (904) 483-3278   |
| 16. | 01/22/2014 | 05:19 pm  | (904) 483-3278   |
| 17. | 01/31/2014 | 03:53 pm  | (904) 483-3278   |
| 18. | 02/17/2014 | 11:48 am  | (904) 483-3278   |
| 19. | 02/25/2014 | 05:52 pm  | (904) 483-3278   |
| 20. | 02/27/2014 | 05:21 pm  | (904) 483-3278   |
| 21. | 03/12/2014 | 05:40 pm  | (904) 483-3278   |
| 22. | 03/14/2014 | 05:17 pm  | (904) 483-3278   |



EXHIBIT A