UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RACHEL WEXLER,

        **Plaintiff,**

v.                                  **Case No:  3:14-cv-725-J-39PDB**

SAFETOUCH, INC.,

        **Defendant.**

_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. No.13; Stipulation) filed on December 26, 2014.  In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice.  See Stipulation at 1.  Accordingly, it is hereby

      **ORDERED**:

      1.     This case is **DISMISSED with prejudice.**

      2.     Each party shall bear its own costs and fees.

      3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

      **DONE** and **ORDERED** in Jacksonville, Florida this 29th day of December, 2014.

_____
BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*